# Henry P. Reger, Appellee, v. Ray Behan, Appellant.

## Gen. No. 23,118.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and judgment here with finding of facts. Opinion filed January 31, 1918.

## Statement of the Case.

Action by Henry P. Reger, plaintiff, against Ray Behan, defendant, to recover damages. From a judgment for plaintiff for $110.43, defendant appeals.

M. L. IGOE, for appellant.

CHARLES HUDSON, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

## Abstract of the Decision.

DAMAGES, § 68*—*what is effect of failure of owner to minimize by payment of fine on libeled boat.* In an action by the owner of a boat to recover a fine imposed on such boat while being operated by defendant and the expenses attendant upon the custody of the boat by federal authorities after it was libeled and seized for nonpayment of such fine, evidence *held* to show that plaintiff knew of the imposition of the fine in time to have avoided the additional expenses by paying the fine and to bar any recovery by him in excess of the amount of the fine.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.